AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Carlos Banchero<br>*Plaintiff(s)*<br>v.<br>NOICHEFS Express, LLC., Cira Elizabeth Leyva Vinals, and Michael Parets<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-27747 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NOICHEFS Express, LLC.
through its Registered Agent: Cira E. Leyva

1840 S.W. 62 Ave
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Nov 2, 2026

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Banchero

*Plaintiff(s)*

v.

NOICHEFS Express, LLC.,
Cira Elizabeth Leyva Vinals,
and Michael Parets

*Defendant(s)*

Civil Action No. 1:26-cv-27747

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cira Elizabeth Leyva Vinals

1840 S.W. 62 Ave
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 2, 2026

s/ K. Rivers

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Banchero

*Plaintiff(s)*

v.

NOICHEFS Express, LLC.,
Cira Elizabeth Leyva Vinals,
and Michael Parets

*Defendant(s)*

Civil Action No. 1:26-cv-27747

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Parets

1840 S.W. 62 Ave
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 2, 2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Rivers

Deputy Clerk
U.S. District Courts